UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANTONIO RODRIGUEZ,<br><br>Defendant. | S1 14 Cr 718 (UA)<br><br>ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/31/2019

VERNON S. BRODERICK, United States District Judge, Part I:

      WHEREAS, ANTONIO RODRIGUEZ, the defendant, was sentenced in this case on December 18, 2017, and the Court imposed a $600 special assessment as part of the defendant's sentence;

      WHEREAS, 18 U.S.C. § 3573(1) provides in relevant part that "[u]pon petition by the government that reasonable efforts to collect a fine or assessment are not likely to be effective, the Court may, in the interest of justice, remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties";

      WHEREAS, on December 31, 2019, the Government submitted a petition requesting that the Court remit the $600 special assessment in this case;

      WHEREAS, based on the Government's petition, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective and that remitting the special assessment is in the interest of justice;

NOW, THEREFORE, IT IS HEREBY ORDERED: The Court remits the unpaid portion of the $600 special assessment, including any interest and penalties.

SO ORDERED.

Dated: December 31, 2019
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge PART I